IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BROOKS,<br>　　　　　　Plaintiff,<br>　　v.<br><br>CORRECTION OFFICER AUSTIN and<br>CORRECTION OFFICER WEAVER.<br>　　　　　　Defendants. | :<br>:<br>:　CIVIL NO. 09-5773<br>:<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW,** this 30th day of June, 2010, upon consideration of Plaintiff's Complaint [Doc. No. 3] and Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [Doc. No. 7], it is hereby **ORDERED** that:

1) Defendants' Motion to Dismiss is **GRANTED** in part, **DISMISSED** in part for the reasons stated in the attached Memorandum Opinion. All claims against Defendant Weaver are **DISMISSED** without prejudice, however Plaintiff's claims against Defendant Austin remain; and

2) The above-captioned matter is referred to the Prisoner's Civil Rights Panel for appointment of counsel. While Plaintiff is awaiting counsel, the Clerk of Court is **DIRECTED** to place this matter in **SUSPENSE**.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**